IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA LEA TYCIAK,**     :<br>    **Plaintiff,**             :<br>                              :<br>**v.**                       :     **CIVIL ACTION NO. 25-CV-4991**<br>                              :<br>**MATHEW BRENNAN**, *et al.*, :<br>    **Defendants.**           : | |

**ORDER**

AND NOW, this 15th day of December, 2025, upon consideration of Jessica Lea Tyciak's Motion to Proceed *In Forma Pauperis* (ECF No. 1) and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1.   Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.   The Complaint is **DEEMED** filed.

3.   The Complaint is **DISMISSED IN ITS ENTIRETY** for the reasons stated in the Court's Memorandum as follows:

   a.   All claims against the Pennsylvania State Police, and Mathew Brennan and Igor Karlov in their official capacities are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii).

   b.   Tyciak's claims alleged in Count III are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). The claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994), and may be reasserted in a new civil action *only in the event* her underlying conviction is reversed on direct appeal, expunged by executive order, declared invalid by a state tribunal authorized to

make such determination, or called into question by a federal court's issuance of a writ of *habeas corpus*.

      c.      All claims alleged against John Does #1-3 and Tyciak's claims alleged against Brennan and Karlov in Counts I and II are **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

      d.      All state claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4.      No leave to amend is granted.

5.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**
